JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (725) 710-3071 | Case No. 2:21-mj-01004-DJA  **MOTION TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE CONTINUED MONITORING OF A TRACKING DEVICE IN OR ON A GOLD IN COLOR 2000 CHEVROLET ASTROVAN, BEARING NEVADA LICENSE PLATE 341N15. | Case No. 2:22-mj-00125-DJA  **MOTION TO UNSEAL** |

| | | |
|---|---|---|
| 1 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (562) 532-7253 | Case No. 2:22-mj-00131-DJA<br><br>**MOTION TO UNSEAL** |
| 8 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-665-2890 | Case No. 2:22-mj-00216-DJA<br><br>**MOTION TO UNSEAL** |

The United States of America, by Jason M. Frierson, United States Attorney, and Joshua Brister, Assistant United States Attorney, moves for an Order to unseal the above captioned case numbers.

1. On December 8, 2021, the Honorable Daniel J. Albregts authorized a GPS tracking warrant on cellular telephone number (725) 710-3071 in Case Number 2:21-mj-01004-DJA.

2. On February 15, 2022, the Honorable Daniel J. Albregts authorized a GPS tracking warrant on a gold in color 2000 Chevrolet Astrovan, bearing NV license plate

#341N15, in Case Number 2:22-mj-00125-DJA.

3. On February 16, 2022, the Honorable Daniel J. Albregts authorized a GPS tracking warrant on cellular telephone number (562) 532-7253 in Case Number 2:22-mj-00131-DJA.

4. On March 22, 2022, the Honorable Daniel J. Albregts authorized a GPS tracking warrant on cellular telephone number 702-665-2890 in Case Number 2:22-mj-00216-DJA.

5. On May 17, 2022, the grand jury returned indictments in Case Numbers 2:22-cr-00102-CDS-EJY and 2:22-cr-00106-APG-NJK. The Government seeks to unseal the above captioned matters so that the documents can be provided in discovery.

DATED this 18th day of May, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
District of Nevada

*Joshua Brister*

JOSHUA BRISTER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (725) 710-3071 | Case No. 2:21-mj-01004-DJA<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A WARRANT AUTHORIZING THE CONTINUED MONITORING OF A TRACKING DEVICE IN OR ON A GOLD IN COLOR 2000 CHEVROLET ASTROVAN, BEARING NEVADA LICENSE PLATE 341N15. | Case No. 2:22-mj-00125-DJA<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER (562) 532-7253 | Case No. 2:22-mj-00131-DJA<br><br>**ORDER TO UNSEAL** |

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER 702-665-2890 | Case No. 2:22-mj-00216-DJA<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, **IT IS HEREBY ORDERED** that the above captioned matters and all documents filed therein are unsealed.

DATED this 19th day of May, 2022.

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE